WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendant
INFLUENCE HEALTH, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA VIEW LOCAL HEALTH CARE DISTRICT, a local public entity and a division of the State of California, formerly operating under the namestyle SIERRA VIEW DISTRICT HOSPITAL and operative now under the namestyle SIERRA VIEW MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INFLUENCE HEALTH, INC., formerly known as MEDSEEK, INC., a Delaware corporation; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 1:15-CV-00689-JAM-SAB<br><br>**ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY**<br><br>Judge:　Hon. John A. Mendez<br>Date:　October 7, 2015<br>Time:　9:30 a.m.<br>Crtrm.:　6<br><br>Assigned for All Purposes to:<br>Hon. John A. Mendez, Dept. 6<br><br>Complaint Filed: April 9, 2015<br>Trial Date:　Not Yet Set |

The Court, having received the application of Defendant INFLUENCE HEALTH, INC.'s counsel to appear telephonically at the October 7, 2015 hearing on Influence's Motion to Dismiss (CM/ECF Document No. 5), and good cause appearing,

IT IS HEREBY ORDERED THAT attorney Daniel L. Baxter shall be permitted to appear telephonically, as requested, and that the Court will initiate the phone call to Mr. Baxter at or around 9:30 a.m. on October 7, 2015 to the following phone number: (415) 772-0900.

IT IS SO ORDERED.

Dated: <u>September 30, 2015</u>

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE