# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA VIEW LOCAL HEALTH CARE DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INFLUENCE HEALTH INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-00689-DAD-SAB<br><br>ORDER DISREGARDING ANSWER TO SECOND AMENDED COMPLAINT FILED IN ERROR<br><br>(ECF No. 68) |

On September 8, 2016 Defendant Influence Health Inc. filed an answer to the second amended complaint and a notice of errata stating the answer was filed in error.  Accordingly, the answer to the second amended complaint (ECF No. 68) is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:    **September 9, 2016**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1