**ROBERT KRASE, ESQ., #073388**
**ALEXANDER REED-KRASE, ESQ., #272603**
**KRASE, BAILEY, REED-KRASE, LLP**
132 East Morton Avenue
Porterville, California 93257
Telephone: (559) 784-2353
Facsimile: (559) 784-2463

Attorneys for Sierra View Medical Center

KRASE, BAILEY, REED-KRASE, LLP
132 E. Morton Avenue
Porterville, CA 93257
(559) 784-2353

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

SIERRA VIEW LOCAL HEALTH CARE DISTRICT, a local public entity and a division of the State of California, formerly operating under the namestyle SIERRA VIEW DISTRICT HOSPITAL and operating now under the namestyle SIERRA VIEW MEDICAL CENTER,

Plaintiff,

vs.

INFLUENCE HEALTH, INC., formerly known as MEDSEEK, INC., a Delaware corporation; and DOES 1 through 100,

Defendants.

INFLUENCE HEALTH, INC.,

Counter-Claimant,

vs.

SIERRA VIEW LOCAL HEALTH CARE DISTRICT,

Counter-Defendant.

Case No. 1:15-CV-00689-DAD-SAB
[previously 1:15-CV-00689-JAM-SAB]

[Removed Tulare County Superior Court Action No. PCU260332]

**STIPULATION AND ORDER TO CONTINUE JURY TRIAL, FUTURE PROCEEDINGS AND CUTOFF DATES**

**Complaint Filed:** April 9, 2015

**Previous Trial Date:** April 11, 2017
**Time:** 8:30 a.m.
**Judge:** Honorable Dale A. Drozd

Plaintiff Sierra View Local Health Care District, by and through its attorneys of record, and Defendants, Influence Health, Inc., by and through its attorneys of record, hereby present the following Stipulation to Continue the Jury Trial in the above captioned matter:

WHEREFORE, as indicated by the Court on June 21, 2016 during oral argument for

KRASE, BAILEY, REED-KRASE, LLP
132 E. Morton Avenue
Porterville, CA 93257
(559) 784-2353

Defendants' motion for judgment on the pleadings, the long duration of the pleading stage has adversely impacted the trial schedule in this matter; and

WHEREFORE, the parties agree that a continuance of the jury trial, future proceeding and cutoff dates is necessary and proper to protect the parties from irreparable harm;

THERFORE, the parties stipulate and request the Court order the following continuance of the Jury Trial date, future proceedings and cutoff dates:

| | |
|---|---|
| **Non-Expert Discovery Cutoff:** | May 5, 2017 |
| **Initial Expert Disclosure/Exchange:** | June 30, 2017 at 4:00 p.m. |
| **Rebuttal Expert Disclosure/Exchange:** | July 28, 2017 at 4:00 p.m. |
| **Expert Deposition Cutoff:** | September 5, 2017 |
| **Dispositive Motions Hearing Cutoff:** | No earlier than September 11, 2017. |
| **Pretrial Conference:** | No earlier than October 2, 2017. |
| **(Requested) Trial Date:** | November 6, 2017. |
| **Trial Length.** | Ten (10) day estimate. |
| **Settlement Conference.** | Parties shall participate in a settlement conference. |

**So Stipulated.**

DATED: September 8, 2016

KRASE, BAILEY, REED-KRASE, LLP

By: /s/ Alexander Reed-Krase
ALEXANDER REED-KRASE
Attorneys for Plaintiff
SIERRA VIEW MEDICAL CENTER

DATED: September 8, 2016

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: /s/ Daniel L. Baxter (as authorized on 9/8/16)
DANIEL L. BAXTER
Attorneys for Defendant
INFLUENCE HEALTH, INC.

**ORDER**

The case schedule is modified as follows;

| | |
|---|---|
| Non-Expert Discovery Cutoff: | March 31, 2017 |
| Initial Expert Disclosure/Exchange: | April 28, 2017, at 4:00 p.m. |
| Rebuttal Expert Disclosure/Exchange: | May 26, 2017, at 4:00 p.m. |
| Expert Discovery Cutoff: | June 23, 2017 |
| Dispositive Motions Hearing Cutoff: | July 5, 2017, at 9:30am. |
| Pretrial Conference: | September 11, 2017, at 3:30pm. |
| Trial Date (10) day estimate: | November 7, 2017, at 1:00pm. |

The parties are directed to contact the assigned Magistrate Judge's Courtroom Deputy to set arrange a Settlement Conference date.

IT IS SO ORDERED.

Dated: **September 14, 2016**

UNITED STATES DISTRICT JUDGE

KRASE, BAILEY, REED-KRASE, LLP
132 E. Morton Avenue
Porterville, CA 93257
(559) 784-2353