1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   DANIEL L. BAXTER (SBN 203862)
2  dbaxter@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, California 95814

4  Telephone:    (916) 441-2430
   Facsimile:    (916) 442-6664
5
   Attorneys for Defendant
6  INFLUENCE HEALTH, INC.

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | SIERRA VIEW LOCAL HEALTH CARE | Case No. 1:15-CV-00689-DAD-SAB
   | DISTRICT, a local public entity and a division |
12 | of the State of California, formerly operating | **STIPULATION AND ORDER TO**
   | under the namestyle SIERRA VIEW | **CONTINUE JURY TRIAL**
13 | DISTRICT HOSPITAL and operative now |
   | under the namestyle SIERRA VIEW | Complaint Filed: April 9, 2015
14 | MEDICAL CENTER, | Trial Date:       November 7, 2017

15                  Plaintiff,

16          v.

17 INFLUENCE HEALTH, INC., formerly
   known as MEDSEEK, INC., a Delaware
18 corporation; and DOES 1 through 100,

19                  Defendants.

20 AND RELATED COUNTERCLAIM.

21

22          Plaintiff Sierra View Local Health Care District, by and through its attorneys of record, and

23 Defendant Influence Health, Inc., by and through its attorneys of record, hereby present the following

24 Stipulation and [Proposed] Order to provide a limited continuance of the non-expert discovery cut-off

25 and related continuances of additional deadlines, including the Jury Trial, in the above-captioned

26 matter:

27          Following the Court's January 19, 2017 denial of Influence Health's motion for judgment on

28 the pleadings, the parties have been in communications regarding mediator selection and scheduling.

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

-1-

The parties have selected a mediator (Hon. Patrick J. O'Hara [Ret.]), and have scheduled May 17, 2017 at 9:00 a.m., one of the first full days available to Judge O'Hara for private mediation. This date is over one month after the currently-operative percipient witness discovery cutoff of March 31, 2017.

Additionally, while the parties have both noticed numerous depositions to occur in advance of the March 31 cutoff (which depositions are scheduled in both California and Alabama [the latter being Influence's home state]), they wish to mediate the matter before incurring the significant fees and costs associated with those depositions.  Accordingly, the parties agree that a continuance of the non-expert discovery cutoff as it pertains only to the depositions which have already been noticed, plus that of witness Jeremy Hill, is beneficial to both parties to allow mediation to occur first.  The cutoff for all other non-expert written discovery, including the right of any party to demand production of documents with a deponent, shall remain March 31, 2017.  To the extent any of the witnesses whose depositions have been noticed are no longer employees of either party, the parties agree to cooperate with one another to secure the attendance of those witnesses for deposition, whether through notice, subpoena, or otherwise. The parties will schedule all depositions for the period of May 22, 2017 to June 16, 2017 to ensure the availability of witnesses and counsel in the event that mediation is unsuccessful.  The parties agree to a cutoff for the depositions of June 30, 2017, the extra two weeks to accommodate any unexpected circumstances that may delay any of the depositions.  As a result of the stipulations regarding mediation and non-expert depositions, a short continuance of the trial and related pre-trial dates is well-indicated, and the parties propose that the following dates be adopted by the Court:

**Non-Expert Discovery Cutoff (Except Depositions):**     March 31, 2017

**Private Mediation Date:**     May 17, 2017 at 9:00 a.m.

**Non-Expert Depositions Cutoff:**     June 30, 2017

**Initial Expert Disclosure/Exchange:**     July 31, 2017 at 4:00 p.m.

**Rebuttal Expert Disclosure/Exchange:**     August 31, 2017 at 4:00 p.m.

**Expert Deposition Cutoff:**     September 29, 2017

**Dispositive Motions Hearing Cutoff:**     No earlier than September 29, 2017

**Pretrial Conference:**     No earlier than November 29, 2017

1  **(Requested) Trial Date:**                    February 5, 2018.

2  **Trial Length:**                              Ten (10) day estimate.

3  **Settlement Conference:**                     To be determined at pretrial conference.

4          IT IS SO STIPULATED.

5  DATED:  March 15, 2017              WILKE, FLEURY, HOFFELT,
                                        GOULD & BIRNEY, LLP
6

7
                                        By:  _____/s/ Daniel L. Baxter_____
8                                              DANIEL L. BAXTER
                                        Attorneys for Defendant/Counter-Claimant
9                                           INFLUENCE HEALTH, INC.

10 DATED:  March 15, 2017              KRASE, BAILEY, REED-KRASE, LLP

11

12
                                        By:  _____/s/ Alexander Reed-Krase_____
13                                             ALEXANDER REED-KRASE
                                        Attorneys for Plaintiff/Counter-Defendant
14                                      SIERRA VIEW LOCAL HEALTH CARE
                                                    DISTRICT
15

16                              <u>**ORDER**</u>

17 **Non-Expert Discovery Cutoff (Except Depositions):**    March 31, 2017

18 **Private Mediation Date:**                     May 17, 2017 at 9:00 a.m.

19 **Non-Expert Depositions Cutoff:**              June 30, 2017

20 **Initial Expert Disclosure/Exchange:**         July 31, 2017 at 4:00 p.m.

21 **Rebuttal Expert Disclosure/Exchange:**        August 31, 2017 at 4:00 p.m.

22 **Expert Deposition Cutoff:**                   September 29, 2017

23 **Dispositive Motions Hearing Cutoff:**         October 3, 2017, at 9:30am.

24 **Pretrial Conference:**                        December 11, 2017, at 1:30pm.

25 **Trial Date (10) day estimate:**               February 6, 2018, at 1:00pm.

26 /////

27 /////

28 /////

1    The parties are directed to contact the assigned Magistrate Judge's Courtroom Deputy to

2    arrange for an agreeable Settlement Conference date.

3

4    IT IS SO ORDERED.

5    Dated:   __**March 16, 2017**__                    _____

6                                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28